# United States Court of Appeals

## For the Eighth Circuit

_____

No. 16-2545

_____

United States of America

*Plaintiff - Appellee*

v.

Jamane J. Smith

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: December 28, 2016
Filed: January 3, 2017
[Unpublished]

_____

Before SMITH, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Jamane Smith appeals from the judgment of the District Court[1] imposing sentence after he pleaded guilty to robbery and firearm charges. His counsel has

_____

[1]The Honorable Greg Kays, Chief Judge, United States District Court for the Western District of Missouri.

moved to withdraw and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the court imposed a substantively unreasonable sentence. Smith has filed a pro se brief challenging the court's conclusion that he was a career offender under U.S. Sentencing Guidelines § 4B1.1. He has also filed a motion requesting that his appeal be held in abeyance pending an anticipated Supreme Court decision.

Smith pleaded guilty after entering into a written plea agreement containing an appeal waiver. Notwithstanding the assertions made by counsel and Smith, we conclude that the appeal waiver is enforceable. <u>See</u> <u>United States v. Scott</u>, 627 F.3d 702, 704 (8th Cir. 2010) (standard of review); <u>United States v. Andis</u>, 333 F.3d 886, 890–92 (8th Cir.) (en banc) (discussing the enforcement of appeal waivers), <u>cert. denied</u>, 540 U.S. 997 (2003); <u>see also</u> <u>United States v. Lumpkins</u>, 687 F.3d 1011, 1014–15 (8th Cir. 2012) (enforcing an appeal waiver in an analogous case), <u>cert. denied</u>, 133 S. Ct. 1612 (2013).

We have independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), and have found no non-frivolous issues for appeal. We grant counsel's motion to withdraw, deny Smith's motion, and dismiss this appeal.

—————————————————